UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 1:22-cv-01807-SEB-KMB |
| 5400 COLLEGE AVE LLC, | ) ) | |
| Defendant. | ) | |

## JUDGMENT

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Plaintiff and against Defendant on Plaintiff's request for declaratory relief, holding that: (1) Defendant is not entitled to coverage under Plaintiff's policies for the underlying notice of liability; and (2) Plaintiff has no duty to defend Defendant against the underlying notice of liability; and (3) Plaintiff has no duty to indemnify Defendant against the underlying notice of liability.

Date: 3/9/2023

_Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Erik S. Mroz
DREWRY SIMMONS VORNEHM, LLP (Carmel)
emroz@dsvlaw.com

5400 College Ave LLC
P.O. Box 80202
Indianapolis, IN 46280